IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEBRA S. JONES, | ) |
| Plaintiff, | ) ) ) |
| | ) Civil Action No.: 5:15-cv-432-D |
| v. | ) ) |
| WELLS FARGO COMPANY & JOSHUA HODGIN, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING CONSENT MOTION TO STAY
## THE DEADLINES IN THE ORDER FOR DISCOVERY PLAN

THIS MATTER is before the Court on the Consent Motion to Stay the Deadlines in the Order for Discovery Plan. For good cause shown, the Motion is **GRANTED**.

IT IS HEREBY ORDERED that the deadlines in the Order for Discovery Plan are stayed until fourteen (14) days after this Court rules on Defendants' Motion to Dismiss and Plaintiff's Motion to Remand.

SO ORDERED. This 6 day of October 2015.

JAMES C. DEVER III
Chief United States District Judge