UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEBRA S. JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WELLS FARGO COMPANY and )<br>JOSHUA HODGIN, )<br>)<br>Defendants. ) | **JUDGMENT**<br>No. 5:15-CV-432-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motion to remand and GRANTS defendants' motion to dismiss.

**This Judgment Filed and Entered on October 9, 2015, and Copies To:**

| | |
|---|---|
| Cedric R. Perry | (via CM/ECF electronic notification) |
| Kimberly Quade Cacheris | (via CM/ECF electronic notification) |
| Meredith A. Pinson | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE | **JULIE RICHARDS JOHNSTON, CLERK** |
| October 9, 2015 | By:   /s/ Crystal Jenkins   |
| | Deputy Clerk |